# U.S. Bankruptcy Court
# Southern District of Illinois

In re:

GARY M. LAGER AND CONSTANCE S LAGER
    Debtor

Bankruptcy Case No.18-31706-lkg
Chapter: 13

Adversary Proceeding No.19-03535-lkg

GARY M. LAGER
CONSTANCE S LAGER
    Plaintiff

v.

DITECH FINANCIAL LLC
    Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court |
| Southern District of Illinois |
| 750 Missouri Ave |
| East St Louis, IL 62201 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Ronald Allan Buch |
| 5312 W Main St |
| Belleville, IL 62226 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued: 05/14/2019

Donna N. Beyersdorfer
Clerk of Court

## CERTIFICATE OF SERVICE

I, <u>Jennifer Schweiger</u> (name), certify that service of this summons and a copy of the complaint was made <u>May 15, 2019</u> (date) by:

[ X ]  Mail Service- Certified, first class United States mail, postage fully pre-paid, return receipt requested, addressed to:

| Ditech Financial, LLC<br>PO Box 6154<br>Rapid City, SD 57709 | Ditech Financial, LLC<br>c/o C T Corporation System, Reg. Agent<br>208 S. LaSalle St., Ste. 814<br>Chicago, IL 60604 | Ditech Financial, LLC<br>c/o Anthony Renzi, President<br>1100 Virginia Dr., Ste. 100A<br>Fort Washington, PA 19034 |

[ ]  Personal Service- By leaving the process with the defendant or with an officer or agent of defendant at:

[ ]  Residence Service- By leaving the process with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication- The defendant was served as follows: [describe briefly]

[ ]  State Law- The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| 5/15/2019 | /s/ Jennifer Schweiger |
|---|---|
| Date | Signature |

| Print Name  Law Office of Ronald A. Buch, LLC | | |
|---|---|---|
| Business Address  5312 West Main Street | | |
| City  Belleville | State  IL | ZIP  62226 |

**continued caption:**

**Listing Of Plaintiff Names:**

Gary M. Lager
691 E Beckmeyer Ave
Beckemeyer, IL 62219

Constance S Lager
691 E Beckemeyer Ave
Beckemeyer, IL 62219-1000

**Listing Of Defendant Names:**

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154