# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: rj | Date Created: 6/14/2019 |
| Case: 19–03535–lkg | Form ID: 246 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty      Ronald Allan Buch      Belleville@tbcwam.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Gary M. Lager      691 E Beckmeyer Ave      Beckemeyer, IL 62219
pla      Constance S Lager      691 E Beckemeyer Ave      Beckemeyer, IL 62219–1000
dft      Ditech Financial LLC      PO Box 6154      Rapid City, SD 57709–6154

TOTAL: 3