# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Gary M. Lager and Constance S Lager<br><br>    Debtor(s)<br><br>Gary M. Lager<br>Constance S Lager<br><br><br>    Plaintiff(s),<br>vs.<br><br>Ditech Financial LLC<br><br>    Defendant(s). | In Proceedings<br>Under Chapter 13<br><br>BK 18−31706−lkg<br><br><br><br><br>ADV<br>19−03535−lkg |

## NOTICE OF DEFAULT ENTITLEMENT

    Since the defendant, Ditech Financial LLC in this case, has not filed an answer or otherwise defended this action, the plaintiff is entitled to a default and/or default judgment where appropriate.

    Plaintiff shall take steps within twenty−one (21) days to effect the entry of default judgment in accordance within Bankruptcy Rule 7055(a) and 7055(b) (1), or the plaintiff's cause of action will be dismissed for want of prosecution.

Plaintiff to Submit:
Motion for Judgment by Default
and a Proposed Order for Judgment by Default

    and
Request for Entry of Default
and Verified AFFIDAVIT

DATED: June 14, 2019

                                                **Donna N Beyersdorfer**
                                                CLERK OF THE BANKRUPTCY COURT

_____

    An electronic version of the Request for Entry of Default form and the Instructions for Affidavit for Default are available on the Court's web site at http://www.ilsb.uscourts.gov. See also S.D. Ill. LBR 7055(C).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF PROCEDURES IN CASES INVOLVING REQUESTS FOR MONETARY RELIEF IN COMPLAINTS TO DETERMINE DISCHARGEABILITY OF DEBT**

Bankruptcy Rule 4007 provides that a debtor or creditor may file a complaint to determine the dischargeability of debt pursuant to 11 U.S.C. § 523. While § 523 is concerned specifically with the question of whether a particular debt is dischargeable or nondischargeable, a complaint seeking such a determination often includes allegations concerning the debtor's liability for and the amount of such debt. If the defendant then defaults and the plaintiff seeks entry of default judgment on the complaint, the question arises whether due process allows for entry of judgment on the issues of liability and damages in addition to the issue of dischargeability under § 523.

The Court, finding that it has jurisdiction to determine the related questions of liability and damages in an action to determine dischargeability of debt under § 523, *see **In re Hallahan***, 936 F.2d 1496, 1507–08 (7th Cir. 1991), nevertheless concludes that in order to obtain a default judgment that includes a determination of liability and damages as well as a finding on the issue of dischargeability, the plaintiff must comply with the requirements of due process. A party seeking a default judgment may accomplish this by means of an affidavit containing factual statements of the amount of damages and liability therefor or, in the alternative, presentation of testimony on these issues. If the foregoing has been supplied and the complaint is otherwise sufficiently clear to establish entitlement to the relief sought on the issues of liability and damages, the Court will enter a default judgment that not only determines the issue of dischargeability of the debt but also establishes liability and liquidates the debt in question.

```
                         United States Bankruptcy Court
                          Southern District of Illinois
Lager,
         Plaintiff                                        Adv. Proc. No. 19-03535-lkg

Ditech Financial LLC,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0754-3          User: rj                 Page 1 of 1              Date Rcvd: Jun 14, 2019
                              Form ID: 246             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
```
pla             Constance S Lager,    691 E Beckemeyer Ave,    Beckemeyer, IL  62219-1000
pla            +Gary M. Lager,    691 E Beckemeyer Ave,    Beckemeyer, IL 62219-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft             E-mail/Text: bankruptcy.bnc@ditech.com Jun 14 2019 18:04:25      Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD  57709-6154
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
```
              Ronald Allan Buch    on behalf of Plaintiff Gary M. Lager Belleville@tbcwam.com,
               G38416@notify.cincompass.com;tbcbackup@yahoo.com
              Ronald Allan Buch    on behalf of Plaintiff Constance S Lager Belleville@tbcwam.com,
               G38416@notify.cincompass.com;tbcbackup@yahoo.com
                                                                                             TOTAL: 2
```