**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | BK     18-31706 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ADV   19-3535 |
| vs. | ) | |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

COME NOW the Plaintiffs, Gary and Constance Lager, by and through their attorneys, Law Office of Ronald A. Buch, L.L.C., and for their Motion for Default Judgment state as follows:

1. On May 14, 2019, the Plaintiffs filed their Complaint to Avoid Unperfected Lien.

2. On May 14, 2019, the Summons was issued by this Court.

3. On May 15, 2019, the Complaint and Summons were mailed to the Defendant.

4. The Summons provided 30 days in which an answer or other response must be filed.

5. No such answer or other response has been timely filed by the Defendant.

WHEREFORE the Plaintiffs pray this Court enter an Order of Default Judgment and for such other relief as the Court deems proper.

GARY & CONSTANCE LAGER,

By: /s/ Ronald A. Buch
Ronald A. Buch #6209955
Attorney for Plaintiffs
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000
belleville@tbcwam.com

## <u>NOTICE OF ELECTRONIC FILING AND</u>
## <u>CERTIFICATE OF SERVICE BY MAIL</u>

| | | | | |
|---|---|---|---|---|
| STATE OF ILLINOIS | ) | | BK | 18-31706 |
| | ) | SS | ADV | 19-3535 |
| CITY OF BELLEVILLE | ) | | Chapter 13 | |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On July 1, 2019, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Motion for Default Judgment, Request for Default, and Affidavit**.

The Deponent served electronically the **Motion for Default Judgment, Request for Default, and Affidavit**.to the following parties:

U.S. Trustee

and served by mail to the following parties:

| | | |
|---|---|---|
| Ditech Financial, LLC | Ditech Financial, LLC | Ditech Financial, LLC |
| PO Box 6154 | c/o C T Corporation System, Reg. Agent | c/o Anthony Renzi, President |
| Rapid City, SD 57709 | 208 S. LaSalle St., Ste. 814 | 1100 Virginia Dr., Ste. 100A |
| | Chicago, IL 60604 | Ft. Washington, PA 19034 |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger