IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | BK    18-31706 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ADV    19-3535 |
| vs. | ) | |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR ENTRY OF DEFAULT

The Plaintiffs in the above-captioned cause hereby request the Clerk of this Court to enter the default of the Defendant, Ditech Financial, LLC, for their failure to plead or otherwise defend pursuant to Bankruptcy Rule 7055(a).

In support of this request, the Plaintiffs state that service was effected on May 15, 2019, and that to date no responsive pleading has been filed by the Defendant, all as appears from the records of this Court.

                                                                                   RONALD A. BUCH, Attorney

                                                                                    By:  /s/ Ronald A. Buch
Ronald A. Buch #6209955
Attorney for Plaintiffs
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000
belleville@tbcwam.com

DATED:  July 1, 2019