## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | BK    18-31706 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ADV  19-3535 |
| vs. | ) | |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT FOR DEFAULT

COMES NOW, Ronald A. Buch, Attorney for Plaintiffs and for his Affidavit for Default states as follows:

1. On May 14, 2019, the Plaintiffs filed their Complaint to Avoid Unperfected Lien.

2. On May 14, 2019, the Summons was issued by the Court.

3. The Summons provided 30 days in which an answer or other response must be filed.

4. On May 15, 2019, the Summons was mailed to the Defendant.

5. The Affidavit was filed on July 1, 2019.

6. No such answer or other response has been timely filed by Defendant.

7. The Defendant is not believed to be a member of the military service.

8. The Defendant is not a minor or incompetent person.

WHEREFORE, the undersigned Attorney prays this Honorable Court for an Order of
Default Judgment and for such other relief as the Court deems just and proper.

RONALD A. BUCH, Attorney

By: _____

Ronald A. Buch #6209955
Attorney for Plaintiffs
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000
belleville@tbcwam.com

NOTARY: David Temares — 07/01/19

DAVID TEMARES
Official Seal
Notary Public - State of Illinois
My Commission Expires May 17, 2023