## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Gary M. Lager and Constance S Lager | BK 18–31706–lkg |
| Debtor(s) | |
| Gary M. Lager et al. | ADV 19–03535–lkg |
| Plaintiff(s), vs. | |
| Ditech Financial LLC | |
| Defendant(s). | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Ditech Financial, LLC

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

DATED: July 2, 2019

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT