### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | BK. #   18-31706 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ADV. # 19-3535 |
| vs. | ) | |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### **DEFAULT JUDGMENT**

The Plaintiffs/Debtors having filed their Complaint to Avoid Unperfected Lien against the above-named Defendant, no answer or other response having been filed by Defendant, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Plaintiff's Complaint to Avoid Unperfected Lien is granted. The unperfected lien of Ditech Financial, LLC is avoided and the mortgage is declared to be completely unsecured and is to be paid as a general unsecured debt according to the terms of the Plaintiff's/Debtors' Chapter 13 Plan.

ENTERED: July 3, 2019

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE