# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Gary M. Lager and Constance S Lager | BK 18–31706–lkg |
| Debtor(s) | |
| Gary M. Lager et al. | ADV 19–03535–lkg |
| Plaintiff(s), | |
| vs. | |
| Ditech Financial LLC | |
| Defendant(s). | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Ditech Financial, LLC

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

DATED: July 2, 2019

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT

United States Bankruptcy Court
Southern District of Illinois

Lager,
    Plaintiff

Adv. Proc. No. 19-03535-lkg

Ditech Financial LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0754-3       User: rj              Page 1 of 1             Date Rcvd: Jul 02, 2019
                           Form ID: 245          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
pla          Constance S Lager,   691 E Beckemeyer Ave,   Beckemeyer, IL 62219-1000
pla         +Gary M. Lager,   691 E Beckemeyer Ave,   Beckemeyer, IL 62219-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft          E-mail/Text: bankruptcy.bnc@ditech.com Jul 02 2019 18:08:50     Ditech Financial LLC,
    PO Box 6154,   Rapid City, SD  57709-6154
                                                                                                                     TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
          Ronald Allan Buch    on behalf of Plaintiff Gary M. Lager Belleville@tbcwam.com,
            G38416@notify.cincompass.com;tbcbackup@yahoo.com
          Ronald Allan Buch    on behalf of Plaintiff Constance S Lager Belleville@tbcwam.com,
            G38416@notify.cincompass.com;tbcbackup@yahoo.com
                                                                                                                     TOTAL: 2