# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | BK. #   18-31706 |
| GARY M. LAGER and | ) | |
| CONSTANCE S. LAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ADV. # 19-3535 |
| vs. | ) | |
| | ) | |
| DITECH FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

The Plaintiffs/Debtors having filed their Complaint to Avoid Unperfected Lien against the above-named Defendant, no answer or other response having been filed by Defendant, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Plaintiff's Complaint to Avoid Unperfected Lien is granted. The unperfected lien of Ditech Financial, LLC is avoided and the mortgage is declared to be completely unsecured and is to be paid as a general unsecured debt according to the terms of the Plaintiff's/Debtors' Chapter 13 Plan.

ENTERED: July 3, 2019

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

Lager,
    Plaintiff

Adv. Proc. No. 19-03535-lkg

Ditech Financial LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0754-3  User: rj  Page 1 of 1  Date Rcvd: Jul 03, 2019
    Form ID: pdf900  Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
pla        Constance S Lager,    691 E Beckemeyer Ave,    Beckemeyer, IL  62219-1000
pla       +Gary M. Lager,    691 E Beckemeyer Ave,    Beckemeyer, IL 62219-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: ustpregion13.sl.ecf@usdoj.gov Jul 03 2019 18:05:55    Office of US Trustee,
      111 S Tenth St, Ste 6.353,    St. Louis, MO 63102-1127
ust       +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Jul 03 2019 18:05:46    United States Trustee,
      Becker Bldg, Room 1100,    401 Main St,    Peoria, IL 61602-1267
dft       E-mail/Text: bankruptcy.bnc@ditech.com Jul 03 2019 18:05:44    Ditech Financial LLC,
      PO Box 6154,    Rapid City, SD  57709-6154
                            TOTAL: 3

       ***** BYPASSED RECIPIENTS *****
NONE.                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
        Ronald Allan Buch   on behalf of Plaintiff Gary M. Lager Belleville@tbcwam.com,
      G38416@notify.cincompass.com;tbcbackup@yahoo.com
        Ronald Allan Buch   on behalf of Plaintiff Constance S Lager Belleville@tbcwam.com,
      G38416@notify.cincompass.com;tbcbackup@yahoo.com
                            TOTAL: 2